UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 11-MJ-210 JSS |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| WILLIAM JOHNSON, ) | |
| ) | |
| Defendant, ) | |
| ) | |

## AFFIDAVIT OF MARTIN J. MCLAUGHLIN

COMES NOW, Martin J. McLaughlin, on behalf of the United States of America, Plaintiff in the above-entitled action, pursuant to 28 U.S.C. § 1746, and submits it's affidavit, pursuant to Court Order (Docket No. 6), describing its efforts to perfect service on Defendant as follows:

1. On June 6, 2012, the United States sent mail to Defendant's last known address. The mail was returned as unable to forward.

2. Prior to filing a motion to show cause, the United States used various skiptracing tools, including Accurint, Credit Bureau, and Google to attempt to locate Defendant.

3. On August 16, 2012, the United States requested the service of the Clinton County Sheriff's Office in an attempt to locate defendant to serve him notice of the hearing. On August 27, 2012, the Clinton County Sheriff's Office notified the United States that defendant's whereabouts are unknown.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this ___27th___ day of August, 2012

Martin J. McLaughlin
Assistant U.S. Attorney

1

Subscribed and sworn to me, a Notary Public this the 27th day of August, 2012.

My Commission expires 3-5-15         *Linda S. Mersch*

