## *** RETURN OF SERVICE ***

IN THE IOWA DISTRICT COURT FOR                              CLINTON COUNTY

CASE NAME:     Unable

**UNITED STATES OF AMERICA**
vs
**JOHNSON, WILLIAM W**

CASE NO:     11-MJ-00210-JSS

NOTICE RECEIVED:     08/21/12

STATE OF     IOWA

CLINTON COUNTY   COUNTY

I certify that I served a copy of:   ORDER SETTING HEARING

- [ ] Petition and Original Notice
- [ ] Modification/Application and Notice
- [ ] Order to Show Cause
- [ ] Order Filed_____
- [ ] Writ_____
- [ ] Other_____

Served                              at                                       on        00:00
                                    ,

NOTE:(Diligent Search, etc.)

┌─Special Instructions─────────────────────────────────
│ UNABLE TO SERVE WILLIAM JOHNSON, HE IS NOT LIVING AT
│ ADDRESS GIVEN, CURRENT ADDRESS IS UNKNOWN.
└─────────────────────────────────────────────────────

| | | |
|---|---|---|
| Processing : | 0.00 | RICK LINCOLN, SHERIFF |
| Mileage : | 3.88 | CLINTON COUNTY   County,  IOWA |
| Trust/Copy : | 0.00 | *[signature] Rick Lincoln* |
| MISC. : | 0.00 | |
| TOTAL : | 3.88 | Signature                              Title |

Fees charged to/paidby Atty/Party:   US DEPARTMENT OF JUSTICE