IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 11-MJ-210 |
| vs. | ORDER FOR ARREST WARRANT |
| WILLIAM W. JOHNSON, | |
| Defendant. | |

On the 31st day of August 2012, this matter was scheduled to come on for a hearing on the Government's Motion to Show Cause (docket number 5) filed August 5, 2012. The Government was represented by Assistant United States Attorney Martin J. McLaughlin. The Defendant, William W. Johnson, failed to appear nor did anyone for him. As a consequence of Defendant's failure to appear at the time of the show cause hearing, the Court finds that a warrant should issue for his arrest.

### ORDER

IT IS THEREFORE ORDERED that a warrant shall issue for the arrest of Defendant William W. Johnson. Following his arrest, Defendant shall be brought promptly before the Court.

DATED this 31st day of August, 2012.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA