UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 11-MJ-210 JSS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**MOTION TO QUASH ARREST WARRANT**

Plaintiff, United States of America, respectfully moves to quash the arrest warrant issued in this matter.

On August 31, 2012, the Court issued an arrest warrant for defendant's failure to appear at a hearing to show cause why defendant should not be held in contempt for failing to pay the Central Violations Bureau fine in this matter.

The Clerk's Office received notice that the defendant paid his fine in full. This matter should now be closed and the warrant is no longer necessary.

WHEREFORE Plaintiff, United States of America, respectfully requests the Court quash the arrest warrant issued in this matter.

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/Martin J. McLaughlin

MARTIN J. McLAUGHLIN
Assistant United States Attorney
401 1st Street SE
Hach Building, Suite 400
Cedar Rapids, Iowa 52401-1825
Marty.McLaughlin@usdoj.gov
319-363-6333
319-363-1990 (Fax)

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this document was served on September 12, 2012, to the parties or attorneys of record, shown below by:

■U.S. Mail   ❏ Fax   ❏Hand Delivery
❏ Electronically

UNITED STATES ATTORNEY

BY:  s/H. Schmatt
COPIES TO: William Johnson

1